UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

David Donegan-Ramirez, et al.

Defendant(s)

CRIMINAL NO. 08mj1523

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Tomas Herrera-Medina

DATED: 5-28-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED Andrew Lempe
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Rhea Rhone
Deputy Clerk

R. Rhone

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082